# United States Court of Appeals
## For the First Circuit

No. 23-1089

IN RE: ALCIBADES DE PAZ,

Petitioner.

Before

Barron, <u>Chief Judge</u>,
Lynch and Montecalvo, <u>Circuit Judges</u>.

**JUDGMENT**

Entered: January 27, 2023

    The Federal Public Defender ("<u>FPD</u>") has filed a petition for writ of mandamus seeking an order from this court directing the district court to appoint learned counsel in this death-eligible criminal case. Having reviewed the record and the submissions before us, the writ is granted. <u>In re Sterling-Suarez</u>, 306 F.3d 1170 (1st Cir. 2002). The district court shall appoint learned counsel forthwith. We take no position on whether the proposed learned counsel identified by the FPD meets the statutory and other requirements for appointment, leaving that to the district court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Francisco A. Besosa
Agnes Ferrer-Auffant, Clerk, United States District Court for the District of Puerto Rico
Eric A. Vos
Yasmin A. Irizarry-Pietri
Franco L. Pérez-Redondo
Edwin A. Mora-Rolland
Jenifer Yois Hernandez-Vega
Timothy R. Henwood
Mariana E. Bauzá-Almonte
Nadia Y. Pineda Perez